No. **CR 08 00075 JW**    E-FILING HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FILED FEB 13 2008

THE UNITED STATES OF AMERICA

*vs.*

THOMAS EDWARD GREEN, JR.

## INDICTMENT

**COUNT ONE:**   Title 18, U.S.C. § 2252(a)(1) - Transmission of Material Involving the Sexual Exploitation of Minors

**COUNT TWO:**   Title 18, U.S.C. § 2252(a)(4)(B) - Possession of Material Involving the Sexual Exploitation of Minors

*A true bill.*

_____
Foreperson

Filed in open court this _13_ day of _February_

A.D. 200_8_

_____
United States Magistrate Judge

Bail. $ _arrest warrant NO Bail_

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED
FEB 13 2008
E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>THOMAS EDWARD GREEN, JR.,<br><br>　　Defendant. | CR 08 00075 JW HRL<br><br>VIOLATION: 18 U.S.C. § 2252(a)(1) –<br>Transportation of Child Pornography;<br>18 U.S.C. § 2252(a)(4)(B) - Possession of<br>Child Pornography; and 18 U.S.C. §§<br>2253(a)(1) and (a)(3) - Criminal Forfeiture<br><br>SAN JOSE VENUE |

### INDICTMENT

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 2252(a)(1) – Transmission of Material Involving the Sexual Exploitation of Minors)

On or about June 18, 2006, in the Northern District of California, the defendant,

THOMAS EDWARD GREEN, JR.,

did knowingly and intentionally transport and ship in interstate and foreign commerce, by means of a computer, visual depictions the production of which involved the use of one and more minors engaging in sexually explicit conduct, and which visual depictions were of such conduct,

INDICTMENT

1  in violation of Title 18, United States Code, Section 2252(a)(1).

2  COUNT TWO: (18 U.S.C. § 2252(a)(4)(B) – Possession of Material Involving the Sexual Exploitation of Minors)

On or about November 17, 2006, in the Northern District of California, the defendant,

THOMAS EDWARD GREEN, JR.,

did knowingly and intentionally possess certain images, which visual depictions had been mailed and transported in interstate and foreign commerce by any means, including by computer, the production of which involved the use of one and more minors engaging in sexually explicit conduct and which depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

The allegations contained in Counts One and Two of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon conviction of the offenses alleged in Counts One and Two above, the defendant,

THOMAS EDWARD GREEN, JR.,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252, and all property, real and personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including but not limited to one desktop computer, further identified as an E Machines T1455 computer, serial number QVC1910500781, and one USB drive, further

//

INDICTMENT

1  identified as a Lexar Jump Drive, model number JDSP256-04-500C, seized from the defendant's
2  residence on or about November 16, 2006.
3
4  DATED: 2/13/08                              A TRUE BILL.
5
6                                              /s/ Ramona K. Wills
7                                              FOREPERSON
8
9
10 JOSEPH P. RUSSONIELLO
   United States Attorney
11
12
13 /s/ David R. Callaway
   DAVID R. CALLAWAY
14 Deputy Chief, San Jose Branch Office
15
16
   (Approved as to form: /s/ Benjamin Kennedy )
17                       SAUSA B. KENNEDY
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Count 1: Title 18, USC § 2252(a)(1) - Transmission of Material Involving the Sexual Exploitation of Minors; Count 2: Title 18, USC § 2252 (a)(4)(B) - Possession of Material Involving the Sexual Exploitation of Minors

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ THOMAS EDWARD GREEN, JR.

**DISTRICT COURT NUMBER**

CR 08 00075 JW  HRL

**PENALTY:**
Count 1: 20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee
Count 2: 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

WADE LUDERS, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding.  If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   BENJAMIN KENNEDY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: