1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA  94596
   Tel. (925) 933-5100
4  Fax  (925)933-5297

5  Attorney for THOMAS EDWARD GREEN

6

7                    **UNITED STATES DISTRICT COURT**

8              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                          **SAN JOSE DIVISION**

10

   THE UNITED STATES OF AMERICA,        )   **Case No. CR 08 00075 JW**
11                                      )
              Plaintiff,                )   STIPULATION AND
12                                      )   [PROPOSED] ORDER FOR
   vs.                                  )   MODIFICATION OF
13                                      )   CONDITIONS OF SUPERVISED
   THOMAS EDWARD GREEN,                 )    RELEASE
14                                      )
              Defendant.                )
15 _____)

16
        The Defendant THOMAS EDWARD GREEN, through his counsel, DEBORAH G. LEVINE and
17
   Assistant Untied States Attorney, BENJAMIN KENNEDY, do hereby stipulate to the following
18
   modification of the Order of Defendant's conditions of pre trial release: Mr. Green will be permitted by this
19
   court's order to use his Blackberry at his work and in the course of his employment only.  This order will
20
   require that Mr. Green leave his Blackberry at his office when he leaves work and the Blackberry will
21
   remain there at all times when Mr. Green is not working.
22
        For the forgoing reasons, the parties stipulate and agree that the Court's previous order for pre trial
23
   release can be so modified.
24

25

26 IT IS SO STIPULATED:

27

28

Dated: February 29, 2008                     s/Benjamin Kennedy
                                             Benjamin Kennedy
                                             Assistant United States Attorney


Dated: February 29, 2008                     s/Deborah G. Levine
                                             DEBORAH G. LEVINE
                                             Attorney for Thomas Green


# [PROPOSED] ORDER

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT HEREBY MODIFIES ITS ORDER CONCERNING CONDITIONS OF PRE TRIAL RELEASE SO THAT THOMAS EDWARD GREEN CAN USE HIS BLACKBERRY AT WORK AND IN THE COURSE AND SCOPE OF HIS EMPLOYMENT ONLY. IT IS FURTHER ORDERED THAT AT ALL TIMES WHEN MR. GREEN IS NOT WORKING FOR FOR HIS EMPLOYER, STANFORD HOSPITAL/LUCILLE PACKARD CHILDREN'S HOSPITAL, HIS BLACKBERRY WILL REMAIN AT HIS PLACE OF EMPLOYMENT.


Dated: _____               _____
                                             PATRICIA V. TRUMBULL
                                             United States Magistrate Judge