UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 3/17/2008
**Case No.:** CR-08-0075 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Thomas Edward Green, Jr. (NC)

**Attorney(s) for Plaintiff(s):** Benjamin Kennedy
**Attorney(s) for Defendant(s):** Deborah Levine

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant Green present and not in custody for proceedings. The Court continued this matter to April 21, 2008 at 1:30 PM for Setting/Disposition. Time is excluded from March 17, 2008 to April 21, 2008 for efforts to resolve this matter short of trial.

**Last Date for Trial: April 23, 2008**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: