DEBORAH G. LEVINE
CA State Bar No. 57607
Law Offices of Deborah G. Levine
1299 Newell Hill Place, Suite 300
Walnut Creek, CA  94596
Tel. (925) 933-5100
Fax  (925)933-5297

Attorney for THOMAS EDWARD GREEN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS EDWARD GREEN,<br><br>Defendant. | **Case No. CR 08 00075 JW**<br><br>STIPULATION AND<br>[xxxxxxxxxxx]ORDER FOR MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE |

The Defendant THOMAS EDWARD GREEN, through his counsel, DEBORAH G. LEVINE and Assistant Untied States Attorney, BENJAMIN KENNEDY, do hereby stipulate to the following modification of the Order of Defendant's conditions of pre trial release: Mr. Green will be permitted by this court's order to go to his gym (Santa Clara Gold's) for exercise three days per week, Monday, Wednesday, and Friday for up to two hours each day.

For the forgoing reasons, the parties stipulate and agree that the Court's previous order for pre trial release can be so modified.

IT IS SO STIPULATED:

Dated: March 17, 2008         /s/
                              Benjamin Kennedy
                              Assistant United States Attorney

Dated: March 17, 2008         /s/
                              DEBORAH G. LEVINE
                              Attorney for Thomas Green

1
2
3
4
5
6
7
8              [ xxxxxxxxxx ] **ORDER**
9
10
11  UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT
12  HEREBY MODIFIES ITS ORDER CONCERNING CONDITIONS OF PRE TRIAL RELEASE SO
13  THAT THOMAS EDWARD GREEN CAN GO TO SANTA CLARA GOLD'S GYM THREE DAYS
14  PER WEEK, MONDAY, WEDNESDAY, AND FRIDAY FOR UP TO TWO HOURS EACH DAY.
15
16
17  Dated:  March 25, 2008                     *Patricia V. Trumbull*
18                                              PATRICIA V. TRUMBULL
                                                United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28