JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS EDWARD GREEN, JR., <br><br> Defendant. | No.   CR 08-00075 JW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MARCH 17, 2008 TO APRIL 21, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties stipulate that the time between March 17, 2008 and April 21, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

1

1  18 U.S.C. §3161(h)(8)(A).

3  DATED: March 17, 2008                    JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            _____/s/_____
                                            BENJAMIN T. KENNEDY
                                            Assistant United States Attorney


                                            _____/s/_____
                                            DEBORAH LEVINE
                                            Attorney for Defendant

2

1 **ORDER**

2 Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3 ORDERS that the time between March 17, 2008 and April 21, 2008 is excluded under the
4 Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested
5 continuance would unreasonably deny defense counsel reasonable time necessary for effective
6 preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that
7 the ends of justice served by granting the requested continuance outweigh the best interest of the
8 public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The
9 court therefore concludes that this exclusion of time should be made under 18 U.S.C.
10 §3161(h)(8)(A).

12 IT IS SO ORDERED.
13 DATED:    March 28, 2008

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE