UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 4/21/2008
**Case No.:** CR-08-0075 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Thomas Edward Green Jr. (NC)

Attorney(s) for Plaintiff(s): Benjamin Kennedy, David Callaway
Attorney(s) for Defendant(s): Deborah Levine

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant present and not in custody for proceedings. The Court continued this matter to June 30, 2008 at 1:30 PM for Further Status/Anticipated Motion Hearing. Time is excluded from April 21, 2008 through June 30, 2008 to accommodate time for discovery review, any anticipated motions re discovery, continuity of counsel and effective preparation of counsel.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: