UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS EDWARD GREEN,<br><br>　　　　Defendant. | Case No. CR 08 00075 JW<br><br>[PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS AND DECLARATION IN SUPPORT THEREOF |

FILED MAY 11 2008

IT IS HEREBY ORDERED FOR GOOD CAUSE SHOWN that the defendant THOMAS EDWARD GREEN'S CONDITIONS OF RELEASE BE MODIFIED AS FOLLOWS:

In addition to the conditions of Mr. Green's release as previously ordered by this court, Mr. Green shall be permitted to leave home for the following activities as long as he is with either Al Gauna (the surety) or Anthony Bebco (the custodian):

1. Thursdays, from 6 p.m. until 10 p.m.: May attend Silicon Valley Softball League softball games at Twin Creeks Sports Complex, located at 969 Caribbean Drive, Sunnyvale, California.

2. Saturdays, from 2 p.m. until 5 p.m. may do errands (grocery shopping etc.) And from 6 p.m. until 10 p.m. may go to a restaurant and movie or the theater.

3. Sundays, from 10 a.m. until 2 p.m. softball practice at either Hoover field or the field at 7th and Mission, San Jose, California. and from 6 p.m. until 9 p.m. dinner at a restaurant.

DATED: 5/9/08

PATRICIA TRUMBULL, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

1

## DECLARATION OF DEBORAH G. LEVINE

I, DEBORAH G. LEVINE declare that:

1. I am an attorney licensed to practice in the State of California and in the North District of California.

2. I am the attorney for defendant, THOMAS EDWARD GREEN in action number CR 0800075.

3. I have talked to the surety in this case, Al Gauna after the court hearing in front of Magistrate Judge Trumbull on May 8, 2008. Mr. Gauna was present in the courtroom during the proceedings which addressed Mr. Green's conditions of release.

4. Mr. Gauna has agreed to accompany Mr. Green unless Mr. Green is accompanied by his custodian, Anthony Bebko, during all times in which the court permits Mr. Green to leave home (other than at the times previously permitted: work, medical, counseling and gym). Mr. Gauna also understands that these times will include only those authorized by Judge Trumbull and Mr. Gauna will be given a copy of the order which specifies those limits.

5. I have also talked to the custodian in this case, Anthony Bebko. Mr. Bebko was also present at the May 8, 2008 hearing in front of Judge Trumbull. Mr. Bebko has agreed to accompany Mr. Green at all times permitted by the court as long as Mr. Green is not accompanied by Mr. Gauna. Mr. Bebko will be given a copy of the order and will follow all orders of Judge Trumbull and will only go out with Mr. Green during the times and to the places permitted by the order.

6. Thomas Green is a participant in the Silicon Valley Softball League and has been for the last two years. Al Gauna and Anthony Bebko are also members of the same softball league.

7. I have spoken to Benjamin Kennedy, the assigned AUSA, regarding this proposed modification of Mr. Green's release conditions. I told Mr. Kennedy that Mr. Green would

2

1 | propose the hours stated on the proposed order. Mr. Kennedy had no objection to the
2 | proposed order except that he would like the curfew to be 8:30 p.m. and no later.
3 | 8. I spoke with Anthony Granados, the assigned pre trial services officer. Mr. Granados has
4 | no objection to this proposed order.
5 | 9. I submit this proposed order with the request that the Honorable Judge Trumbull sign the
6 | order as proposed.

I declare under penalty of perjury that the above is true except as to those matters of which I do not have personal knowledge, I declare under information and belief.

_____

                    s/Deborah G. Levine

DEBORAH G. LEVINE
Attorney for Defendant
THOMAS EDWARD GREEN

3