DEBORAH G. LEVINE
CA State Bar No. 57607
Law Offices of Deborah G. Levine
1299 Newell Hill Place, Suite 300
Walnut Creek, CA 94596
Tel. (925) 933-5100
Fax (925) 933-5297

Attorney for THOMAS EDWARD GREEN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. CR 08 00075 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR PERMISSION TO TRAVEL OUT OF NORTHERN DISTRICT |
| vs. | |
| THOMAS EDWARD GREEN, | |
| Defendant. | |

The Defendant THOMAS EDWARD GREEN, through his counsel, DEBORAH G. LEVINE and Assistant Untied States Attorney, DAVID CALLAWAY, do hereby stipulate that Defendant, Thomas Green, be permitted to travel out of the Northern District on June 6, 2008. Mr. Green will attend the Healthcare Financial Management Association Conference, which is a necessary part of his employment. The conference will be from 8:30 a.m. until 3:00 p.m. at the Sacramento Convention Center, located at 1400 J Street, Room 204, Sacramento, CA.

For the forgoing reasons, the parties stipulate and agree that Thomas Edward Green be permitted to travel out of the Norther District on June 6, 2008.

IT IS SO STIPULATED:

Dated: May 31, 2008        /s/
                           DAVID CALLAWAY
                           Assistant United States Attorney
Dated: May 31, 2008        /s/
                           DEBORAH G. LEVINE
                           Attorney for Thomas Green

# [PROPOSED] ORDER

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT HEREBY AUTHORIZES THOMAS EDWARD GREEN TO ATTEND THE HEALTHCARE FINANCIAL MANAGEMENT ASSOCIATION CONFERENCE IN SACRAMENTO, CA, ON JUNE 6, 2008. MR. GREEN WILL BE PERMITTED TO LEAVE THE NORTHERN DISTRICT OF CALIFORNIA ON JUNE 6, 2008 TO ATTEND THE HEALTHCARE CONFERENCE IN THE EASTERN DISTRICT IN SACRAMENTO, CALIFORNIA. MR. GREEN WILL RETURN TO THE NORTHERN DISTRICT WHEN THE CONFERENCE IS OVER ON JUNE 6, 2008.

Dated: 6/4/08

PATRICIA V. TRUMBULL
United States Magistrate Judge