UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** June 9, 2008  
**Case No.:** CR-08-0075 JW  
**Related Case No.:** N/A  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Summer Clanton  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

### TITLE

U.S.A. v. Thomas Edward Green, Jr. (NC)

**Attorney(s) for Plaintiff(s):** Daniel Kaleba  
**Attorney(s) for Defendant(s):** Deborah Levine  

### PROCEEDINGS

Status Hearing re Defendant's Motion to Modify Conditions of Pretrial Release

### ORDER AFTER HEARING

Hearing Held. Defendant Green present and not in custody for proceedings. The Government to file reply to Defendant's Motion by June 13, 2008. The Court continued this matter to June 16, 2008 to hear the defendant's motion. Time previously excluded through June 30, 2008.

*Elizabeth C. Garcia*  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: