UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** June 16, 2008  
**Case No.:** CR- 08-0075 JW  
**Related Case No.:** N/A  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

## TITLE

U.S.A. v. Thomas Edward Green (NC)

**Attorney(s) for Plaintiff(s):** Daniel Kaleba  
**Attorney(s) for Defendant(s):** Deborah Levine

## PROCEEDINGS

Defendant's Motion to Modify Conditions of Pretrial Release [Doc. 19]

## ORDER AFTER HEARING

Hearing Held. Defendant present and not in custody for proceedings. For the reasons stated on the record, the Court DENIED the Defendant's Motion. The June 30, 2008 Status Hearing is VACATED. The Court set a further status/trial setting date for August 18, 2008 at 1:30 PM. Time is excluded from June 16, 2008 through August 18, 2008 to accommodate discovery investigation.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: