1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA 94596
   Tel. (925) 933-5100
4  Fax (925)933-5297

5  Attorney for THOMAS EDWARD GREEN

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. CR 08 00075 JW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR PERMISSION TO TRAVEL OUT OF THE NORTHERN DISTRICT |
| vs. | |
| THOMAS EDWARD GREEN, | |
| Defendant. | |

The Defendant THOMAS EDWARD GREEN, through his counsel, DEBORAH G. LEVINE and Assistant United States Attorney, DANIEL KALEBA, do hereby stipulate that Defendant, Thomas Green, be permitted to travel out of the Northern District of California on July 24, 2008 and return on August 2, 2008. Mr. Green will attend his family's reunion in North Carolina during this time. Mr. Green will be permitted to be taken off the electronic monitor during this trip. The electronic monitor shall be placed back on Mr. Green immediately upon his return to the Northern District of California on August 2, 2008.

Mr. Green will be accompanied on this trip by his surety, Albert Gauna, and his sister, Laura Green, who will act as a second surety. Laura Green will sign a $100,000 unsecured surety bond, under the same terms and conditions as signed by Albert Gauna, and provide a copy of the executed surety bond to this Court and the United States Attorney's Office for the Northern District of California prior to his departure out of the Northern District of California. During the time between July 24, 2008 and August 2, 2008, Mr. Green will remain in the presence of either Albert Gauna or Laura Green. All other terms and conditions of the pretrial release Order shall remain imposed.

For the forgoing reasons, and pursuant to the terms of this stipulation and any other term imposed by the Court, the parties stipulate and agree that Thomas Edward Green be permitted to travel out of the Northern District of California to North Carolina between July 24, 2008 and August 2, 2008.

IT IS SO STIPULATED:

Dated: July 8, 2008                    /s/Deborah G. Levine
                                       DEBORAH G. LEVINE
                                       Attorney for Thomas Green

Dated: July 8, 2008                    /s/Daniel Kaleba
                                       DANIEL KALEBA
                                       Assistant United States Attorney

## [PROPOSED] ORDER

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT HEREBY AUTHORIZES THOMAS EDWARD GREEN TO TRAVEL OUT OF THE NORTHERN DISTRICT OF CALIFORNIA BETWEEN JULY 24, 2008 AND AUGUST 2, 2008 TO ATTEND HIS FAMILY REUNION IN NORTH CAROLINA. MR. GREEN WILL BE TAKEN OFF THE ELECTRONIC MONITOR DURING THIS TIME AND WILL BE PLACED BACK ON THE ELECTRONIC MONITOR IMMEDIATELY UPON HIS RETURN TO THE NORTHERN DISTRICT OF CALIFORNIA ON AUGUST 2, 2008. MR. GREEN WILL BE IN THE PRESENCE AND CUSTODY OF ALBERT GAUNA AND/OR LAURA GREEN DURING THE TIME HE IS OUT OF THE DISTRICT AND EACH WILL ACT AS A SURETY: MR. GAUNA ON THE SIGNATURE BOND PREVIOUSLY ORDERED AND MS. GREEN ON AN IDENTICAL BOND TO BE SIGNED IN THE EASTERN DISTRICT OF NEW YORK WHERE SHE RESIDES. ALL OTHER TERMS AND CONDITIONS OF THE PRETRIAL RELEASE ORDER SHALL REMAIN IMPOSED.

July 14, 2008                          /s/ Patricia V. Trumbull
                                       US MAGISTRATE JUDGE