JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5043
   Facsimile: (408) 535-5066
   E-mail: daniel.kabelal@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>THOMAS EDWARD GREEN, JR.,<br>        Defendant. | No. CR 08-00075 JW<br><br>SUBSTITUTION OF ATTORNEY |

Please take notice that as of, June 2, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

        Assistant U.S. Attorney Daniel R. Kaleba
        150 Almaden Blvd., Suite 900
        San Jose, CA 95113
        Telephone: (408) 535-5043
        Email: daniel.kaleba@usdoj.gov

DATED: July 14, 2008        Respectfully submitted,

        JOSEPH P. RUSSONIELLO
        United States Attorney

        /s/
        DANIEL R. KALEBA
        Assistant United States Attorney