1   DEBORAH G. LEVINE
    CA State Bar No. 57607
2   Law Offices of Deborah G. Levine
    1299 Newell Hill Place, Suite 300
3   Walnut Creek, CA  94596
    Tel. (925) 933-5100
4   Fax  (925)933-5297

5   Attorney for THOMAS EDWARD GREEN

6

7               UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10

11  THE UNITED STATES OF AMERICA,        )   **Case No. CR 08 00075 JW**
                                         )
        Plaintiff,                       )   STIPULATION AND
12                                       )   [PROPOSED] ORDER FOR
    vs.                                  )   MODIFICATION OF
13                                       )   CONDITIONS OF SUPERVISED
    THOMAS EDWARD GREEN,                 )    RELEASE
14                                       )
        Defendant.                       )
15  _____)

16      The Defendant THOMAS EDWARD GREEN, through his counsel, DEBORAH G. LEVINE and

17  Assistant Untied States Attorney, DANIEL KALEBA, do hereby stipulate to the following modification of

18  the Order of Defendant's conditions of pre trial release: Albert Gauna will be permitted by this court's order

19  to use a computer at the home where he resides with defendant GREEN, said computer to have installed

20  monitoring software and its use to be supervised by Pre Trial Services.  This computer will be only used by

21  Mr. Gauna and not the defendant.

22      For the forgoing reasons, the parties stipulate and agree that the Court's previous order for pre trial

23  release can be so modified.

24  ///

25  ///

26  ///

27  ///

28

1  IT IS SO STIPULATED:

2

3  Dated:  July 23, 2008                    s/Daniel Kaleba

4                                           Daniel Kaleba
                                            Assistant United States Attorney
5

6

7  Dated:  July 23, 2008                    s/Deborah G. Levine

8                                           DEBORAH G. LEVINE
                                            Attorney for Thomas Green
9

10

11

12

13

14

15                              **[PROPOSED] ORDER**

16

17  UPON  STIPULATION  OF  THE  PARTIES  AND  FOR  GOOD  CAUSE  SHOWN,  THE  COURT

18  HEREBY  MODIFIES  ITS  ORDER  CONCERNING  CONDITIONS  OF  PRE  TRIAL  RELEASE  SO

19  THAT  ALBERT  GAUNA  CAN  USE  A  COMPUTER  AT  HOME  WHERE  HE  RESIDES  WITH

20  DEFENDANT GREEN.  IT IS FURTHER ORDERED THAT AT NO TIMES WILL MR. GREEN BE

21  PERMITTED TO USE THE COMPUTER.  MONITORING SOFTWARE SHALL BE INSTALLED

22  IN THE COMPUTER AND ITS USE SUPERVISED BY PRE TRIAL SERVICES.

23

24

25

26  Dated:  _____            _____

27                                          PATRICIA V. TRUMBULL
                                            United States Magistrate Judge
28