1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA  94596
   Tel. (925) 933-5100
4  Fax  (925)933-5297

5  Attorney for THOMAS EDWARD GREEN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | **Case No. CR 08 00075 JW** |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE |
| vs. | |
| THOMAS EDWARD GREEN, | |
| Defendant. | |

   The Defendant THOMAS EDWARD GREEN, through his counsel, DEBORAH G. LEVINE and Assistant Untied States Attorney, DANIEL KALEBA, do hereby stipulate to the following modification of the Order of Defendant's conditions of pre trial release: Albert Gauna will be permitted by this court's order to use a computer at the home where he resides with defendant GREEN, said computer to have installed monitoring software and its use to be supervised by Pre Trial Services.  This computer will be only used by Mr. Gauna and not the defendant.

   For the forgoing reasons, the parties stipulate and agree that the Court's previous order for pre trial release can be so modified.

///

///

///

IT IS SO STIPULATED:

Dated: July 23, 2008             s/Daniel Kaleba
                                  Daniel Kaleba
                                  Assistant United States Attorney


Dated: July 23, 2008             s/Deborah G. Levine
                                  DEBORAH G. LEVINE
                                  Attorney for Thomas Green


[] xxxxxxxxxx | **ORDER**

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT HEREBY MODIFIES ITS ORDER CONCERNING CONDITIONS OF PRE TRIAL RELEASE SO THAT ALBERT GAUNA CAN USE A COMPUTER AT HOME WHERE HE RESIDES WITH DEFENDANT GREEN. IT IS FURTHER ORDERED THAT AT NO TIMES WILL MR. GREEN BE PERMITTED TO USE THE COMPUTER. MONITORING SOFTWARE SHALL BE INSTALLED IN THE COMPUTER AND ITS USE SUPERVISED BY PRE TRIAL SERVICES.

Dated: July 24, 2008                  _Patricia V. Trumbull_
                                      PATRICIA V. TRUMBULL
                                      United States Magistrate Judge