DEBORAH G. LEVINE
CA State Bar No. 57607
Law Offices of Deborah G. Levine
1299 Newell Hill Place, Suite 300
Walnut Creek, CA 94596
Tel. (925) 933-5100
Fax (925)933-5297

Attorney for THOMAS EDWARD GREEN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THOMAS EDWARD GREEN, )<br>)<br>)<br>Defendant. )<br>_____) | **Case No. CR 08 00075 JW**<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING<br>HEARING FROM AUGUST 18, 2008<br>TO SEPTEMBER 22, 2008 AND TO<br>EXCLUDE TIME DURING THOSE<br>DATES (18 U.S.C.§3161(h)(1)(F) and<br>**§3161(h)(8)(A))** |

The Defendant THOMAS EDWARD GREEN, through his counsel, DEBORAH G. LEVINE and Assistant United States Attorney, DANIEL KALEBA, do hereby stipulate to the continuance of the status hearing now set for August 18, 2008 to September 22, 2008 for the following reasons: the Defendant's expert is in the process but has not concluded an examination of the evidence in this case and the Defendant will file a Motion to Suppress Evidence to be heard on September 22, 2008. For these reasons the parties agree that the ends of justice require the granting of this continuance and that such a continuance is necessary for the effective representation of the Defendant and that the best interests of the public and the Defendant are served by the continuance and outweigh their right to a speedy trial.

///

///

IT IS SO STIPULATED:

Dated: August 13, 2008                s/Daniel Kaleba
                                       Daniel Kaleba
                                       Assistant United States Attorney


Dated: August 13, 2008                s/Deborah G. Levine
                                       DEBORAH G. LEVINE
                                       Attorney for Thomas Green


## [PROPOSED] ORDER

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT HEREBY CONTINUES THE HEARING SET FOR AUGUST 18, 2008 TO SEPTEMBER 22, 2008 FOR DEFENSE EXPERT'S EXAMINATION OF EVIDENCE AND FOR THE FILING OF A MOTION TO SUPPRESS BY THE DEFENDANT. IN ORDER TO HAVE EFFECTIVE REPRESENTATION OF COUNSEL, THE INTERESTS OF JUSTICE ARE SERVED BY THE GRANTING OF THIS CONTINUANCE AND THESE INTERESTS OVERRIDE THE DEFENDANT AND PUBLIC'S INTEREST IN A SPEEDY TRIAL. FOR THAT REASON TIME IS EXCLUDED UNDER 18 U.S.C.§§3161(h)(1)(F) AND 3161(h)(8)(A).

Dated: _____            _____
                                     JAMES WARE
                                     UNITED STATES DISTRICT JUDGE