## PROPOSED ORDER/COVER SHEET

TO: Honorable Patricia Trumbull  
U.S. Magistrate Judge

RE: Thomas Green

FROM: Richard W. Wieking, Acting Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR08-00075 JW

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados  
U.S. Pretrial Services Officer

(408) 535-5223  
TELEPHONE NUMBER

DATE: September 2, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[PT] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)  
A.  
B.

[ ] Bail Revoked/Bench Warrant Issued.

[PT] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_Patricia V. Trumbull_  
JUDICIAL OFFICER

DATE 9/8/08

Cover Sheet (03/26/08)