1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA 94596
   Tel. (925) 933-5100
4  Fax (925)933-5297

5  Attorney for THOMAS EDWARD GREEN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | **Case No. CR 08 00075 JW** |
| Plaintiff, | STIPULATION AND [ XXXXXXXXXX ORDER FOR PERMISSION TO TRAVEL OUT OF THE NORTHERN DISTRICT |
| vs. | |
| THOMAS EDWARD GREEN, | |
| Defendant. | |

The Defendant THOMAS EDWARD GREEN, through his counsel, DEBORAH G. LEVINE and Assistant United States Attorney, DANIEL KALEBA, do hereby stipulate that Defendant, Thomas Green, be permitted to travel out of the Northern District of California on October 15, 2008.

Mr. Green will attend the Hospital Association Committee Meeting in Long Beach, California. Attendance at this meeting is a necessary part of his employment. Mr. Green will fly to Los Angeles out of the San Jose International Airport at about 6:30 a.m on October 15, 2008. The conference will be **at the Long Beach Memorial Medical Center, 2801 Atlantic Ave., Long Beach, CA 90806 from 10 a.m. until 3 p.m.**. After the conference and on the same day, at about 6:00 p.m., Mr. Green will fly back to San Jose from the Los Angeles International Airport. .

For the forgoing reasons, and pursuant to the terms of this stipulation and any other term imposed by the Court, the parties stipulate and agree that Thomas Edward Green be permitted to travel out of the Northern District of California to Los Angeles on October 15, 2008.

IT IS SO STIPULATED:

Dated: October 6, 2008                     /s/Deborah G. Levine
                                           DEBORAH G. LEVINE
                                           Attorney for Thomas Green

Dated: October 6, 2008                     /s/Daniel Kaleba
                                           DANIEL KALEBA
                                           Assistant United States Attorney

## [I XXXXXXXXX] ORDER

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT HEREBY AUTHORIZES THOMAS EDWARD GREEN TO TRAVEL OUT OF THE NORTHERN DISTRICT OF CALIFORNIA ON OCTOBER 15, 2008 IN ORDER TO ATTEND A HOSPITAL ASSOCIATION COMMITTEE MEETING IN LONG BEACH, CALIFORNIA. MR. GREEN WILL FLY TO LOS ANGELES THE MORNING BEFORE THIS MEETING AND RETURN TO SAN JOSE THE SAME DAY, AFTER THE MEETING. ALL OTHER TERMS AND CONDITIONS OF THE PRETRIAL RELEASE ORDER SHALL REMAIN IMPOSED.

Dated: October 8, 2008                     *Patricia V. Trumbull*
                                           HONORABLE PATRICIA TRUMBULL
                                           UNITED STATES DISTRICT JUDGE