1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA  94596
   Tel. (925) 933-5100
4  Fax  (925)933-5297

5  Attorney for THOMAS EDWARD GREEN

6
                    UNITED STATES DISTRICT COURT
7
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                          SAN JOSE DIVISION
9

10 THE UNITED STATES OF AMERICA,        )   Case No. CR 08 00075 JW
                                        )
11         Plaintiff,                   )   STIPULATION AND
                                        )   [PROPOSED] ORDER FOR
12 vs.                                  )   MODIFICATION OF
                                        )   CONDITIONS OF SUPERVISED
13 THOMAS EDWARD GREEN,                 )   RELEASE
                                        )
14         Defendant.                   )
                                        )
15

16         The Defendant THOMAS EDWARD GREEN, through his counsel, DEBORAH G. LEVINE and

17 Assistant Untied States Attorney, DANIEL KALEBA, do hereby stipulate to the following proposed

18 modification of the Order of Defendant's conditions of pretrial release: Mr. Green shall be permitted to leave

19 home or work between the hours of 6:30 a.m. and 11 p.m. Monday through Friday and between 7 a.m. and

20 11 p.m. Saturday and Sunday.  All previous conditions of Mr. Green's pretrial release which do not conflict

21 with this modification shall remain in effect.  Mr. Green has performed all conditions of his release since his

22 release in February 2008 without violation.

23         Pretrial Services Officer Anthony Granados has no objection to this proposed modification.  Based

24 upon his conference with Pretrial Services, as well as Mr. Granados's consent to withhold objection to this

25 modification, counsel for the United States does not object to this proposed modification at this time.

26 //

27 //

28         For the forgoing reasons, the parties stipulate that the Court's previous order for pretrial release can

be so modified.

IT IS SO STIPULATED:

Dated: November 6, 2008            /s/ Daniel Kaleba
                                    Daniel Kaleba
                                    Assistant United States Attorney

Dated: November 6, 2008            /s/ Deborah G. Levine
                                    DEBORAH G. LEVINE
                                    Attorney for Thomas Green

### [PROPOSED] ORDER

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT HEREBY MODIFIES ITS ORDER CONCERNING CONDITIONS OF PRE TRIAL RELEASE SO THAT THOMAS EDWARD GREEN BE PERMITTED TO LEAVE HIS HOME OR WORK BETWEEN THE HOURS OF 6:30 A.M. AND 11 P.M.. MONDAY THROUGH FRIDAY AND BETWEEN 7 A.M. AND 11 P.M. SATURDAY AND SUNDAY. ALL PREVIOUS CONDITIONS OF PRE TRIAL RELEASE WHICH DO NOT CONFLICT WITH THIS MODIFICATION REMAIN IN EFFECT.

Dated: 11/7/08

PATRICIA V. TRUMBULL
US Magistrate Judge